JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| mCom IP, LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>Unicom Systems, Inc.,<br><br>      Defendants. | Case No. CV 22-231-GW-AFMx<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    Pursuant to stipulation, this matter is DISMISSED WITHOUT PREJUDICE. Fed. R. Civ. P. 41(a)(1)(ii).

IT IS SO ORDERED.

DATED: January 24, 2022

_____
HON. GEORGE H. WU, U.S. District Judge

---

[proposed] ORDER OF DISMISSAL WITHOUT PREJUDICE

CASE NO 2:22-cv-00231-GW-AFM